1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO ) ) The Honorable William H. Orrick ) ) |
| | ) **ORDER GRANTING JLI'S OMNIBUS** ) **MOTION TO DISMISS WITH PREJUDICE** ) **NON-OPT OUT PLAINTIFFS' CLAIMS** ) |
| *This Document Relates to All Plaintiffs Identified in Exhibits A, B, and C* | ) This Document Relates To:  All Actions ) ) The Hon. William H. Orrick ) ) ) ) |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is Defendant Juul Labs, Inc.'s Omnibus Motion to Dismiss With Prejudice Non-Opt Out Plaintiffs' Claims identified in revised Exhibits A, B, and C. *See* Dkt. No. 4411.[1] Having considered the Motion, the lack of opposition in the individual cases, and with good cause appearing therefore, the Court hereby GRANTS the Motion and DISMISSES the Complaints filed by all plaintiffs identified in Exhibits A, B, and C with prejudice and hereby ORDERS that the cases identified shall be closed.

IT IS SO ORDERED.

Dated: May 13, 2025

The Honorable William H. Orrick
United States District Judge

---

[1] JLI submitted revised Exhibits A, B & C following the filing of its motion to dismiss, removing cases where plaintiffs responded to the motion and cases that were voluntarily dismissed following the filing of motion. *See* Dkt. No. 4411.

# EXHIBIT A

| Count | Plaintiff | Case Name | Case Number | Counsel |
|-------|-----------|-----------|-------------|---------|
| **1.** | P.O. | *Patrick O'Neil v. Juul Labs, Inc. et al.* | 3:19-cv-06936 | Stark & Stark |
| **2.** | Brianna Bayly | *Brianna Bayly v. Juul Labs, Inc., PAX Labs, Inc., Altria Group, Inc. and Philip Morris USA, Inc.* | 3:19-cv-08233 | Nachawati Law Group |
| **3.** | Steve Craft | *Steve Craft v. JUUL Labs, Inc., PAX Labs, Inc., Altria Group, Inc., and Philip Morris USA, Inc.* | 3:19-cv-08263 | Nachawati Law Group |
| **4.** | Victoria Jones | *Victoria Jones vs. JUUL Labs Inc., PAX Labs Inc., Altria Group Inc., and Philip Morris USA, Inc.* | 3:19-cv-08271 | Nachawati Law Group |
| **5.** | Sebastian Soulas | *Sebastian Soulas, individually, and on behalf of those similarly situated, v. JUUL Labs, Inc., a Delaware corporation f/k/a PAX Labs, Inc. f/k/a Ploom Products, Inc., and PAX Labs, Inc., a Delaware corporation f/k/a PAX Labs (DEUX), Inc.* | 3:20-cv-01615 | Provosty & Gankendorff LLC |
| **6.** | V.P. | *V.P., an Infant, by her Mother, J.A. v. Juul Labs, Inc. et al.* | 3:20-cv-07228 | Giskan Solotaroff & Anderson LLP |
| **7.** | Kailor Seward | *Kailor Seward v. Juul Labs, Inc. et al.* | 3:21-cv-03206 | Wagstaff & Cartmell, LLP |
| **8.** | E.B. | *Mindy Boyd, individually, and as guardian of her minor child, E.B., on behalf of herself and those similarly situated v. JUUL Labs, Inc.* | 3:19-cv-06914 | Wagstaff & Cartmell, LLP |
| **9.** | John McFaull | *John McFaull, individually and on behalf of those similarly situated v. JUUL Labs, Inc.* | 3:19-cv-06923 | Gatlin Voelker PLLC |
| **10.** | Kristy Strattard* | *Kristy Strattard, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02390 | Fine, Kaplan and Black, R.P.C. |
| **11.** | T.Y.* | *Charleen Richey, on behalf of her son, T.Y., individually and on behalf of others similarly situated v. Juul Labs, Inc.;* | 3:21-cv-02273 | Wagstaff & Cartmell, LLP |

| | | *Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | | |
|---|---|---|---|---|
| **12.** | Hasnat Ahmad* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **13.** | Liliana Andrade* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **14.** | B.C.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **15.** | Adam Banner* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **16.** | Tommy Benham* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **17.** | D.D.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **18.** | Jillian Furey* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **19.** | Austin Hester* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

| 20. | Edgar Kalenkevich* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
|---|---|---|---|---|
| 21. | Kacie Ann Lagun* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 22. | Jonathan Mardis* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 23. | S.G.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 24. | W.T.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 25. | A.R.T.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 26. | Amber Royce* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 27. | Corey Smith* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 28. | J.Y.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.

# EXHIBIT B

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| **1.** | Carlee Goldston* | *Carlee Goldston, individuall and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02264 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **2.** | C.D.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **3.** | K.S.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **4.** | M.H.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **5.** | L.B.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **6.** | D.S.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **7.** | S.D. | *S.D., a minor, by and through their parent and natural guardian, Sara Khaldi v. Juul Labs, Inc. et al.* | 3:21-cv-09145 | Levin Papantonio Rafferty |
| **8.** | B.B.* | *B.B. Brewer, a minor, by her parents and Next Friends, Paul Brewer and Kim Brewer v. JUUL Labs, Inc.* | 3:19-cv-07330 | Beasley Allen Crow Methvin Portis & Miles, LLC; Hendy Johnson Vaughn Emery |
| **9.** | C.H.G.* | *C.H.G., a minor, by and with his parent and natural guardian, Jack Geraci v. Juul Labs, Inc. et al.* | 3:20-cv-08377 | Levin Papantonio Rafferty |
| **10.** | J.o. D.* | *Melissa Dano, on behalf of Minor Jo.D. v. Juul Labs, Inc. et al.* | 3:21-cv-03179 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |

| 11. | K.D.* | *K. D., a minor, by and with their parent and natural guardian, Heather Doughty v. Juul Labs, Inc. et al.* | 3:21-cv-09154 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. |
|---|---|---|---|---|
| 12. | T.S.* | *Laurie Pence, individually, and as the Legal Guardian of her minor child, T.S. v. Juul Labs, Inc. et al.* | 3:21-cv-09239 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 13. | L.D.* | *Patricia Gurule, individually, and as the Guardian of her minor child, L.D. v. Juul Labs, Inc. et al.* | 3:21-cv-09477 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 14. | K.T.* | *Ronnie Trussell, individually and as next friend of K.T., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-00203 | Pulaski Kherkher, PLLC |
| 15. | Roberto Perez* | *Roberto Perez v. Juul Labs, Inc. et al.* | 3:22-cv-07393 | Watts Guerra LLP |
| 16. | A.N. * | *Lyndi Dalton, as Guardian ad Litem to A.N., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07391 | Watts Guerra LLP |
| 17. | Jonathan Lemasters* | *Johnathan Lemasters v. Juul Labs, Inc. et al.* | 3:22-cv-07372 | Watts Guerra LLP |
| 18. | A.L.H. | *Johnah Outlaw as Guardian ad Litem to A.L.H., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07571 | Watts Guerra LLP |
| 19. | Jayden Symes* | *Jayden Symes v. Juul Labs, Inc. et al.* | 3:22-cv-08407 | Pulaski Kherkher, PLLC |
| 20. | B.P. | *Michele Pace as Guardian ad Litem to B.P., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-08553 | Watts Guerra LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.

# EXHIBIT C

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| 1. | J.W. | *J.W., a minor, individually by his mother and natural guardian Natasha Welch, and on behalf of all others similarly situated v. Juul Labs, Inc.* | 3:19-cv-06911 | Schlichter, Bogard & Denton, LLP |
| 2. | M.W.* | *Tonya Williams-Walker, individually and as the mother and next of friend of M.W., vs. Juul Labs, Inc.* | 3:20-cv-02547 | Migliaccio & Rathod LLP |
| 3. | Katherine Dentler* | *Katherine Dentler vs. Juul Labs, Inc. et al.* | 3:20-cv-02554 | Migliaccio & Rathod LLP |
| 4. | K.S.C.* | *Shirley Moses, individually and as the mother and next of friend of K.S.C., vs. Juul Labs, Inc., et al.* | 3:20-cv-02557 | Migliaccio & Rathod LLP |
| 5. | D.L.* | *Janece Wilhelm, individually and as the mother and next of friend of D.L., vs. Juul Labs, Inc.* | 3:20-cv-02560 | Migliaccio & Rathod LLP |
| 6. | B.D.* | *Robert Dyer, individually and as the father and next of friend of B.D., vs. JUUL Labs, Inc.* | 3:20-cv-02543 | Migliaccio & Rathod LLP |
| 7. | Jennika Ingram* | *Jenika Ingram vs. Juul Labs, Inc.* | 3:20-cv-02550 | Migliaccio & Rathod LLP |
| 8. | K.P. | *Lacretia Pulce, individually and as the mother and next of friend of K.P., vs. Juul Labs, Inc.* | 3:20-cv-02556 | Migliaccio & Rathod LLP |
| 9. | L.P. (Perry I) | *Vickie Perry, individually and as the mother and next of friend of L.P., vs. Juul Labs, Inc.* | 3:20-cv-02558 | Migliaccio & Rathod LLP |
| 10. | L.P. (Perry II)* | *Vickie Perry, individually and as the mother and next of friend of L.P., vs. Juul Labs, Inc.* | 3:21-cv-02317 | Migliaccio & Rathod LLP |
| 11. | Pamela Roberts (Baker) | *Pamela Roberts v. Juul Labs, Inc. et al.* | 3:20-cv-04485 | Watts Guerra LLP |
| 12. | Logan Prewitt* | *Logan Prewitt v. Juul Labs, Inc. et al.* | 3:20-cv-08479 | Goza & Honnold LLC |
| 13. | Randolph Lee | *Randolph Lee v. Juul Labs, Inc. et al.* | 3:21-cv-09420 | Fears Nachawati, PLLC |
| 14. | T.H. | *Helen Hassan as Guardian ad Litem to T.H., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07565 | Watts Guerra LLP |
| 15. | William Nelson* | *William Nelson v. Juul Labs, Inc. et al.* | 3:22-cv-08510 | Gutride Safier LLP |
| 16. | David Langan* | *David Langan v. Juul Labs, Inc. et al.* | 3:22-cv-08488 | Gutride Safier LLP |
| 17. | K.G.* | *Bruce Gibson, individually and as the father and next of friend of K.G., vs. JUUL Labs, Inc., et al.* | 3:20-cv-02545 | Migliaccio & Rathod LLP |
| 18. | Jessica Pierre* | *Jessica Pierre vs. Juul Labs, Inc.* | 3:20-cv-02546 | Migliaccio & Rathod LLP |
| 19. | Timothy Critzer* | *Timothy Critzer v. JUUL Labs, Inc., et al.* | 3:20-cv-02551 | Migliaccio & Rathod LLP |
| 20. | Shayla Aceti* | *Shayla Aceti vs. JUUL Labs, Inc. et al.* | 3:20-cv-02553 | Migliaccio & Rathod LLP |

| 21. | Timothy Nelson Mullins* | *Timothy Neal Mullins v. Juul Labs, Inc. et al.* | 3:20-cv-08247 | Watts Guerra LLP |
|---|---|---|---|---|
| 22. | Christian Rogers* | *Christian Rogers v. Juul Labs, Inc., et al.* | 3:20-cv-09049 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |
| 23. | Addison Altizer* | *Addison Altizer, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02209 | Berger Montague P.C. |
| 24. | John Hollis* | *Joh Hollis, individually and on behalf of other similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02211 | Berger Montague P.C. |
| 25. | Coleman Holnicker* | *Coleman Holnicker, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02213 | Berger Montague P.C. |
| 26. | C.J.W.* | *Janis Kelly on behalf of her son, C.J.W., individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02215 | Berger Montague P.C. |
| 27. | Shannon Kinnard* | *Shannon Kinnard, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02218 | Berger Montague P.C. |
| 28. | Erin Puente* | *Erin Puente, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02219 | Berger Montague P.C. |

| 29. | H.Z.* | Wolfgang and Suzanne Ziegenhagen on behalf of their son, H.Z., individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02221 | Berger Montague P.C. |
| --- | --- | --- | --- | --- |
| 30. | Larry Fox* | Larry Fox, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02249 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 31. | Alexander Pierce* | Alexander Pierce, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02251 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 32. | Johnson Truong* | Johnson Truong, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02252 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 33. | Jeremy Worden* | Jeremy Worden, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02253 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 34. | Jerry Yut* | Jerry Yut, individually and on behalf of others similalry situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02254 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 35. | Alex Casas* | Alex Casas, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02257 | Beasley Allen Crow Methvin Portis & Miles, LLC |

| | | | | |
|---|---|---|---|---|
| **36.** | Ronald Claytor* | *Ronald Claytor, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02258 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **37.** | Clark Fish* | *Clark Fish, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02262 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **38.** | Dylan Healey* | *Dylan Healey, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02266 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **39.** | Chris Ippoliti* | *Chris Ippoliti, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02267 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **40.** | Thane Lore* | *Thane Lore, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02268 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **41.** | D'Angelo Moore* | *D'Angelo Moore, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02271 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **42.** | Shurjo Ali* | *Shurjo Ali, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02274 | Beasley Allen Crow Methvin Portis & Miles, LLC |

| 43. | Kevin Singer* | Kevin Singer, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02275 | Beasley Allen Crow Methvin Portis & Miles, LLC |
|---|---|---|---|---|
| 44. | Derrick Smith* | Derrick Smith, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02277 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 45. | Daniel Tarrats* | Daniel Tarrats, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02278 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 46. | Lauren Gregg* | Lauren Gregg, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02287 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 47. | Kristoff Rest* | Kristoff Rest, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02303 | Levin, Papantonio, Rafferty |
| 48. | E.M.* | Angela Villasenor, individually and as the legal Guardian of her minor child E.M. and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02309 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 49. | Noah Matarazzo* | Noah Matarazzo, individually and on behalf of others similarly situated v. v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02385 | Migliaccio & Rathod LLP |

| | | | | |
|---|---|---|---|---|
| **50.** | William J. Nelson* | *William J. Nelson, individually and on behalf of others similarly situated v. v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02389 | Gutride Safier LLP |
| **51.** | Cameron Beckett* | *Cameron Beckett v. Juul Labs, Inc. et al.* | 3:21-cv-03184 | TorHoerman Law, LLC |
| **52.** | Quentin Sturdivant* | *Quentin Sturdivant v. Juul Labs, Inc. et al.* | 3:21-cv-06846 | Schlichter, Bogard & Denton, LLP |
| **53.** | Ivan Palacios* | *Ivan A. Palacios v. Juul Labs, Inc. et al.* | 3:22-cv-00496 | Watts Guerra LLP |
| **54.** | Edward Hicks* | *Edward Hicks v. Juul Labs, Inc. et al.* | 3:22-cv-00573 | Pulaski Kherkher, PLLC |
| **55.** | Joshua Feldman* | *Joshua Feldman v. Juul Labs, Inc. et al* | 3:22-cv-01056 | Pulaski Kherkher, PLLC |
| **56.** | Jessica Fitzsimmons* | *Jessica Fitzsimmons v. Juul Labs, Inc. et al.* | 3:22-cv-02290 | Giskan Solotaroff & Anderson LLP |
| **57.** | Kylan Dingui* | *Kylan Dingui v. Juul Labs, Inc. et al.* | 3:22-cv-02848 | Watts Guerra LLP |
| **58.** | Billy Harrison* | *Billy Harrison v. Juul Labs, Inc. et al.* | 3:22-cv-07821 | Simmons Hanly Conroy, LLC |
| **59.** | Jeremy Oster* | *Jeremy Oster v. Juul Labs, Inc. et al.* | 3:22-cv-07974 | Simmons Hanly Conroy, LLC |
| **60.** | Thomas DeFranco* | *Thomas Defranco v. Juul Labs, Inc. et al.* | 3:22-cv-08716 | Pulaski Kherkher, PLLC |
| **61.** | David Masessa* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **62.** | Anthony Smith* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **63.** | Michael Viscomi* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.